# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

CIVIL ACTION NO.:  1:23-cv-02202-MDB

MATTHEW B. GAUDREAU, individually and
on behalf of all others similarly situated,

            Plaintiff,

     v.

AJ, INC. d/b/a SUSHI O SUSHI,
RAMEN O RAMEN, INC.,
KI SOOK LEE, and
KYUNG LEE

            Defendants.

---

## NOTICE OF SETTLEMENT

---

Please be advised that Plaintiff and Defendants, hereinafter "the Parties," have reached an agreement on this matter on all claims and issues between them.

The Parties are preparing documents necessary to formalize the settlement and dismissal of the claims. The Parties will file case closing documents or a status report within thirty-five (35) days of this filing unless the Court orders a different deadline. The Parties also request the Court vacate any deadlines currently set.

01795859-1

Respectfully submitted this 21st day of April 2025.

SPARKS WILLSON, P.C.

*s/Jessica L. Kyle*
Jessica L. Kyle, CO Bar No. 29293
24 S. Weber Street, Suite 400
Colorado Springs, CO  80903
Telephone: (719) 634-5700
Email:  jlk@sparkswillson.com
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of April 2025, a true and correct copy of the foregoing was served via CM/ECF upon the following:

Andrew H. Turner
MILSTEIN TURNER, PLLC
2400 Broadway – Suite B
Boulder, CO  80304
(303) 305-8230
andrew@milsteinturner.com
*Attorneys for Plaintiff*

*s/ Jessica L. Kyle*
Jessica L. Kyle